**EXHIBIT A – RELATED ENTITIES**

Immaculate Heart Central Schools

Seton Academy in Plattsburg

St. Cecilia's Church of Adams, New York

St. Cyril Church of Alexandria Bay (The Catholic Community of

Alexandria)

Church of the Holy Angels of Altona, N.Y.

Church of the Holy Name of Au Sable Forks (Catholic Community of Holy Name and St. Matthew's)

St. Paul's Church of Black River

St. Mary's and St. Paul's Parish (Blue

Mountain Lake and Indian Lake)

St. Patrick's Church of Brasher Falls, Immaculate Conception Church of Brownville (The Roman Catholic Community of Brownville and Dexter)

St. Mary's Church of Brushton, N.Y.

St. James Church of Cadyville, N.Y.

The Roman Catholic Church of St. Mary in Canton, New York

St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont)

Society of St. James Minor Church of Carthage

Church of St. Mary of Champlain

St. Andre Bessette Roman Catholic Parish, Malone, New York

St. Patrick's Church of Chateaugay (Catholic Community of Burke and Chateaugay)

Sacred Heart Church of Chazy, N.Y.

St. Mary's Church of Clayton

St. Patrick's Church of Colton, N.Y.

St. Francis of Assisi Church of Constable (Catholic Community of Constable, Westville and Trout River)

St. Mary's Church of Constableville

16493631.1

St. Mary's Church, Copenhagen, New York

St. Stephen's Church, Croghan, New York

Church of the Sacred Heart of Jesus of Crown Point

St. Joseph's Church of Dannemora

Sacred Heart Church of Edwards (n/k/a Saint James Church, of Gouverneur)

St. Elizabeth Roman Catholic Church of Elizabethtown

St. Bernard's and St. Edmund's Parish of Ellenburg

St. Joseph's Church of Essex (The Catholic Community of St. Philip of Jesus and St. Joseph)

St. Mary's Roman Catholic Church of Evans Mills, New York

St. Mary's of the Fort Church, Fort Covington, N.Y.

Church of the Assumption of Gabriels (n/k/a St. Bernard's Church, Saranac Lake)

St. Mary's Church of Glenfield (Catholic Community of St. Peter and St. Mary and St. Hedwig)

St. James Church of Gouverneur

Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish)

St. Francis Solanus Church of Harrisville, New York

Queen of Heaven Church, Henderson, N.Y.

St. Raphael's Church of Heuvelton

Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg

Church of the Holy Cross of Hopkinton, N.Y.

St. Mary's and St. Paul's Parish of Indian Lake

St. Anthony of Padua Parish of Inlet and Raquette Lake

St. Brendan's Roman Catholic Church of Keene

Church of the Immaculate Conception of Keeseville (The Roman Catholic Community of Keeseville)

St. Agnes Church of Lake Placid, N.Y.

Church of St. James Major of Lake Pleasant, Hamilton County

Ss. Philip & James Church of Lisbon Center

St. Henry's Church of Long Lake

St. Peter's Parish of Lowville (n/k/a Catholic Community of St. Peter and St. Mary and St. Hedwig)

St. Bernard's and St. Edmund's Parish (Lyon Mountain and Ellenburg)

St. John's Church of Lyons Falls

Church of St. John the Baptist Madrid

Church of All Saints of Mineville (Catholic Community of Moriah)

St. Ann's Church of Mooers Forks

St. Alexander's Church of Morrisonville (The Roman Catholic Community of St. Alexander and St. Joseph)

St. Therese Church of Newcomb, N.Y.

Parish of the Visitation and St. Raymond (Norfolk and Raymondville)

St. Augustine Church of North Bangor (The Catholic Community of St. Augustine in North Bangor, N.Y.)

St. Andrew's Church, Norwood

St. Mary's Church (now Cathedral) of Ogdensburg

St. Bartholomew's Church of Old Forge

St. Joseph's Church Minerva (Olmstedville)

St. Augustine's Church of Peru, N.Y.

Holy Cross Parish of Plattsburgh

St. Patrick's Church of Port Henry (The Catholic Community of Moriah)

St. Martin's Church, Port Leyden

The Roman Catholic Church of St. Mary of Potsdam, New York

Church of the Assumption, Redford

St. Patrick's Church, Rouses Point

St. Andrew's Church, Sackets Harbor

St. Bernard's Church, Saranac Lake

Our Lady of Lourdes Church, Schroon Lake, N.Y.

St. Ann's Church, St. Regis Falls, New York

Roman Catholic Church of St. Hubert in Star Lake, New York

16493631.1

St. Mary's Church, Ticonderoga, N.Y.

St. Alphonsus – Holy Name of Jesus Parish of Tupper Lake

St. Mary's Church, Waddington

Church of the Holy Family of Watertown

The Church of Our Lady of Sacred Heart of Watertown

St. Anthony's Church of Watertown

Society of St. Patrick's Church of Watertown

St. Ann's Church of Wells, Hamilton County

St. Joseph's Church West Chazy, N.Y.

St. Mary's Nativity Church of West Leyden (Church of the Nativity, B.M.V.)

St. Philip Neri Roman Catholic Church of Westport, N.Y.

St. Margaret's Roman Catholic Church of Wilmington

Catholic Community of St. Philip of Jesus

St. Joseph of Willsboro, New York

16493631.1