# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

**CHAMBERS OF THE**
**Honorable Patrick G. Radel**
**U.S. BANKRUPTCY JUDGE**

To: Luis Orengo, Jr.
From: Chambers / Esteban Valtierra
Date: October 4, 2023

Re: The Roman Catholic Diocese of Ogdensburg, New York, Debtor
Case No. 23-60507; Adversary Proceeding No. 23-80013
Motions to Appear Pro Hac Vice (Docket Nos. 14 and 15).

The Court has received the motions. Please perform the following action:

1. To comply with Local Bankruptcy Rule 2014-2(b)(1), please submit two separate proposed orders to the Clerk's office.

Absent correction by **November 4, 2023** the Court will deny the Motions to Appear Pro Hac Vice at Docket Nos. 14 and 15.