So Ordered.

Signed this 14 day of December, 2023.



_____

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

| | |
|---|---|
| The Roman Catholic Diocese of Ogdensburg, New York, | Chapter 11 |
| | Case No.: 23-60507-pgr |
| Debtor. | |

_____

| | |
|---|---|
| The Roman Catholic Diocese of Ogdensburg, New York, | Adv. Proc. No.: 23-80013 |
| Plaintiff, | |
| v. | |
| Certain Underwriters at Lloyd's, London, Certain London Market Companies, Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin), Evanston Insurance Company as successor-in-interest to Associated International Insurance Company, Granite State Insurance Company, Insurance Company of North America, International Insurance Company, and Interstate Fire & Casualty Company, | |
| Defendants. | |

_____

**ORDER APPOINTING MEDIATOR**

The Roman Catholic Diocese of Ogdensburg, New York having moved for an Order referring certain matters to mediation (Docket No. 5); and this Court having entered an Order

(the "Mediation Order") granting the motion (Docket No. 39); and the Mediation Order having provided, in pertinent part, that in the event the Mediation Parties were unable to agree upon a mediator on or before November 2, 2023, they would each propose up to three candidates from which this Court would select the mediator; and this Court having been advised that the Meditation Parties could not agree on a mediator and the parties having proposed candidates (Docket Nos. 45, 48, 51, 52, 55, 56); and this Court having held a status conference on November 7, 2023, at which it heard the Mediation Parties' views, by and through their respective counsel, regarding the selection of a mediator; and this Court having given the matter careful consideration,

**NOW, THEREFORE**, it is hereby

**ORDERED,** that the Honorable Gregg W. Zive, United States Bankruptcy Judge, is appointed as mediator pursuant to the terms, conditions, and provisions of the Mediation Order; and it is further

**ORDERED,** that the initial term of assignment shall be January 1, 2024, through June 30, 2024, subject to extension upon further Order of this Court; and it is further

**ORDERED,** that the mediation will be held at such places as determined by Judge Zive, who will also establish the schedules and procedures for the mediation sessions, including the commencement date; and it is further

**ORDERED,** that the parties and their counsel shall comply with all directives issued by Judge Zive, unless otherwise ordered by the Court; and it is further

**ORDERED,** that the mediation will be conducted by Judge Zive without cost to any party, with each party to bear its own costs and expenses.

###