**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re* The Roman Catholic Diocese of Ogdensburg, NY | ) | |
| *Debtor(s)* | ) | Case No. 23-60507 |
| | ) | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, NY, et al | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | |
| Certain Underwriters at Lloyds, London, et al. | ) | Adv. Proc. No. 23-80013 |
| *Defendant(s)* | ) | |

**NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on   Jan 16, 2024   was filed on   Feb 27, 2024  . The following deadlines apply:

The parties have until   Mar 5, 2024   to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is   Mar 19, 2024  .

If a request for redaction is filed, the redacted transcript is due   Mar 29, 2024  .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is May 28, 2024 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber J&J Court Transcribers, Inc.; 609-586-2311   or you may view the document at the clerk's office public terminal.

At : Syracuse, NY
Date:   Feb 27, 2024  

CYNTHIA A. PLATT
Clerk of Court

By: Nicole Smith
Deputy Clerk

O:R9037B(03/12/2012)

**CERTIFICATE OF MAILING**

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern District of New York at  Syracuse , hereby certifies that on this date a true copy of the foregoing document was mailed via either United States Postal Service or sent electronically to the registered users of the Northern District of New York CM/ECF system as shown below:

Sent electronically to the parties on the attached service list through the Northern District of New York CM/ECF system.

Date: Feb 27, 2024                                                                 Nicole Smith
                                                                                                    Deputy Clerk

**23-80013-6-pgr Notice will be electronically mailed to:**

Alexander Bein on behalf of Defendant Granite State Insurance Company
abein@carltonfields.com

Ashlyn Capote on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin)
acapote@goldbergsegalla.com, bfaulkner@goldbergsegalla.com

Jillian Grace Dennehy on behalf of Defendant Evanston Insurance Company as successor-in-interest to Associated International Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Defendant International Insurance Company
jillian.dennehy@kennedyslaw.com

Robert Wagner DiUbaldo on behalf of Defendant Granite State Insurance Company
rdiubaldo@carltonfields.com

Stephen A. Donato on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Jeffrey A. Dove on behalf of Plaintiff Catholic Community of St. Philip of Jesus
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. John the Baptist Madrid
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. Mary of Champlain
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, Saranac Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption, Redford
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Family of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic Community of Holy Name and St. Matthews)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The Roman Catholic Community of Keeseville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Holy Cross Parish of Plattsburgh
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Conception Church of Brownville (The Roman Catholic Community of Brownville and Dexter)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Heart Central Schoolss
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and Raymondville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, of Gouverneur)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Seton Academy in Plattsburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. James Minor Church of Carthage
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. Patricks Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman Catholic Community of St. Alexander and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Norwood
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Sackets Harbor
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Mooers Forks
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthonys Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community of St. Augustine in North Bangor, N.Y.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bartholomews Church of Old Forge
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards Church, Saranac Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and Ellenburg)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cecilia's Church of Adams, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community of Alexandria)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community of Constable, Westville and Trout River)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Henrys Church of Long Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Cadyville, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Gouverneur
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Johns Church of Lyons Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Joseph of Willsboro, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Dannemora
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip of Jesus and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Martins Church, Port Leyden
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Brushton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Clayton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Constableville
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Copenhagen, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Waddington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity, B.M.V.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patrick's Church of Brasher Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke and Chateaugay)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church, Rouses Point
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Paul's Church of Black River
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St. Peter and St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Raphaels Church of Heuvelton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Stephens Church, Croghan, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeff D. Kahane on behalf of Defendant Certain London Market Companies
jkahane@duanemorris.com

Jeff D. Kahane on behalf of Defendant Certain Underwriters at Lloyds, London
jkahane@duanemorris.com

Jeff D. Kahane on behalf of Interested Party London Market Insurers
jkahane@duanemorris.com

Marianne G. May on behalf of Defendant Insurance Company of North America
marianne.may@clydeco.us

Andrew Mina on behalf of Defendant Certain London Market Companies
amina@duanemorris.com

Andrew Mina on behalf of Defendant Certain Underwriters at Lloyds, London
amina@duanemorris.com

Andrew Mina on behalf of Interested Party London Market Insurers
amina@duanemorris.com

Siobhain P. Minarovich on behalf of Defendant Interstate Fire & Casualty Company
minarovichs@whiteandwilliams.com

Luis Orengo, Jr on behalf of Defendant Granite State Insurance Company
lorengo@carltonfields.com, kathompson@carltonfields.com

Jon Travis Powers on behalf of Defendant Interstate Fire & Casualty Company
powerst@whiteandwilliams.com

Bradley Puklin on behalf of Defendant Certain London Market Companies
bradley.puklin@clydeco.us

Bradley Puklin on behalf of Defendant Certain Underwriters at Lloyds, London
bradley.puklin@clydeco.us

Nathan W. Reinhardt on behalf of Defendant Certain London Market Companies
nreinhardt@duanemorris.com

Nathan W. Reinhardt on behalf of Defendant Certain Underwriters at Lloyds, London
nreinhardt@duanemorris.com

Nathan W. Reinhardt on behalf of Interested Party London Market Insurers
nreinhardt@duanemorris.com

Matthew Roberts on behalf of Defendant Interstate Fire & Casualty Company
mroberts@phrd.com, elyttle@phrd.com

Russell W. Roten on behalf of Defendant Certain London Market Companies
RWRoten@duanemorris.com

Russell W. Roten on behalf of Defendant Certain Underwriters at Lloyds, London
RWRoten@duanemorris.com

Russell Webb Roten on behalf of Defendant Certain London Market Companies
rwroten@duanemorris.com

Russell Webb Roten on behalf of Defendant Certain Underwriters at Lloyds, London
rwroten@duanemorris.com

Russell Webb Roten on behalf of Interested Party London Market Insurers
rwroten@duanemorris.com

Jordan Russell on behalf of Defendant Certain London Market Companies
jordan.russell@clydeco.us

Jordan Russell on behalf of Defendant Certain Underwriters at Lloyds, London
jordan.russell@clydeco.us

Jordan Russell on behalf of Interested Party London Market Insurers
jordan.russell@clydeco.us

Jonathan Schapp on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin)
jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com

IIan D. Scharf on behalf of Interested Party The Official Committee of Unsecured Creditors
ischarf@pszjlaw.com

Tancred V. Schiavoni on behalf of Defendant Insurance Company of North America
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com

Catalina J. Sugayan on behalf of Defendant Certain London Market Companies
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Catalina J. Sugayan on behalf of Defendant Certain Underwriters at Lloyds, London
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Charles J. Sullivan on behalf of Plaintiff Catholic Community of St. Philip of Jesus
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. John the Baptist Madrid
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. Mary of Champlain
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, Saranac Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption, Redford
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Family of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic Community of Holy Name and St. Matthews)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The Roman Catholic Community of Keeseville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Holy Cross Parish of Plattsburgh
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Conception Church of Brownville (The Roman Catholic Community of Brownville and Dexter)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Heart Central Schoolss
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and Raymondville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, of Gouverneur)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Seton Academy in Plattsburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. James Minor Church of Carthage
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. Patricks Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman Catholic Community of St. Alexander and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Norwood
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Sackets Harbor
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Mooers Forks
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthonys Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community of St. Augustine in North Bangor, N.Y.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bartholomews Church of Old Forge
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards Church, Saranac Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and Ellenburg)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cecilia's Church of Adams, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community of Alexandria)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community of Constable, Westville and Trout River)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Henrys Church of Long Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Cadyville, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Gouverneur
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Johns Church of Lyons Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Joseph of Willsboro, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Dannemora
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip of Jesus and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Martins Church, Port Leyden
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Brushton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Clayton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Constableville
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Copenhagen, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Waddington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity, B.M.V.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patrick's Church of Brasher Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke and Chateaugay)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church, Rouses Point
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Paul's Church of Black River
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St. Peter and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Raphaels Church of Heuvelton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Stephens Church, Croghan, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Nora Anne Valenza-Frost on behalf of Defendant Granite State Insurance Company
nvalenza-frost@carltonfields.com

Matthew Michael Weiss on behalf of Defendant Interstate Fire & Casualty Company
mweiss@phrd.com

Harris Winsberg on behalf of Defendant Interstate Fire & Casualty Company
hwinsberg@phrd.com

Yongli Yang on behalf of Defendant Certain London Market Companies
yongli.yang@clydeco.us

Yongli Yang on behalf of Defendant Certain Underwriters at Lloyds, London
yongli.yang@clydeco.us