

Ashlyn M. Capote  |  Partner
Direct 716.710.5899  |  acapote@Goldbergsegalla.com

March 27, 2024

**Via Electronic Filing**

U.S. Bankruptcy Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY 12207

      **Re:**    **The Roman Catholic Diocese of Ogdensburg, New York v. Certain Underwriters at Lloyds, London et al**
            **Case Number:**    **23-80013-6-pgr**

Dear Northern District of New York Bankruptcy Court:

     Please withdraw document number 79, which was filed on March 26, 2024, from the docket, as this Objection to the Diocese's Motion for Entry of An Order Approving Mediation Fee Agreement filed by Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) was filed to the wrong matter and has since been be filed correctly to Case Number 23-60507-6-pgr.

                                  Respectfully submitted,

                                  */s/ Ashlyn Capote*
                                  Ashlyn M. Capote

AMC:jam

**Please send mail to our scanning center at:**

**OFFICE LOCATION** 665 Main Street, Buffalo, NY 14203-1425  |  **PHONE** 716-566-5400  |  **FAX** 716-566-5401  |  **www.goldbergsegalla.com**
CALIFORNIA  |  CONNECTICUT  |  FLORIDA  |  ILLINOIS  |  NEW JERSEY  |  NEW YORK  |  NORTH CAROLINA  |  MARYLAND  |  MISSOURI  |  PENNSYLVANIA