**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>The Roman Catholic Diocese of Ogdensburg, New York,<br>    Debtor. | Case No.: 23-60507 (PGR)<br>Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, New York, et al.<br>    Plaintiff,<br> v.<br>Certain Underwriters at Lloyd's, London, Certain Lonon Market Companies, et al.<br>    Defendants. | Adv. Proc. No.: 23-80013 |

## WITHDRAWAL OF APPEARANCES

Pursuant to Local Bankruptcy Rule 2091-1, Russell Roten, Jeff D. Kahane, Nathan Reinhardt, and Timothy W. Evanston (the "Movants"), formerly of Duane Morris LLP, hereby withdraw as counsel for the Certain Underwriters at Lloyd's, London and London Market Insurers (collectively "London Market Insurers"). In support of this withdrawal, Movants state as follows:

1. On February 10, 2025, Mr. Kahane, Mr. Reinhardt and Mr. Evanston became attorneys at Skarzynski Marick & Black LLP. On February 12, 2025, Mr. Roten became senior counsel at Skarzynski Marick & Black LLP.

2. Mr. Roten, Mr. Kahane, Mr. Reinhardt and Mr. Evanston will file new Notices of Appearance shortly.

3.      WHEREFORE, the Movants hereby withdraw their appearances and request such other and further relief as may be just and proper.

Dated:  February 25, 2025      **SKARZYNSKI MARICK & BLACK, LLP**

By: */s/ Russell W. Roten*
Russell W. Roten (*pro hac vice*)

By: */s/ Jeff D. Kahane*
Jeff D. Kahane (*pro hac vice*)

By: */s/ Nathan Reinhardt*
Nathan Reinhardt (*pro hac vice*)

By: */s/ Timothy W. Evanston*
Timothy W. Evanston (*pro hac vice*)

SKARZYNSKI MARICK AND BLACK, LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
Facsimile: 213.721.0640

*Counsel for London Market Insurers*