**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese Of Ogdensburg, New York,<br><br>Debtor. | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of Ogdensburg, New York, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Certain Underwriters at Lloyd's, London, *et al.*,<br><br>Defendants. | Adv. Proc. No.: 23-80013 |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the New York office of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors of the above-captioned debtor and debtor in possession, have relocated. Notices and pleadings given or filed in the above-captioned case should now be given and served upon each of the following listed below:

> James I. Stang, Esq. (admitted pro hac vice)
> Ilan D. Scharf, Esq.
> Karen B. Dine, Esq.
> PACHULSKI STANG ZIEHL & JONES LLP
> 1700 Broadway, 36th Floor
> New York, NY 10019
> Telephone: (212) 561-7700
> Facsimile: (212) 561-7777
> Email: jstang@pszjlaw.com
> Email: ischarf@pszjlaw.com
> Email: kdine@pszjlaw.com

4868-7291-7902.8 18493.002

| | |
|---|---|
| Dated: May 13, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Ilan D. Scharf*  |
| | James I. Stang, Esq. (admitted *pro hac vice*) |
| | Ilan D. Scharf, Esq. |
| | Karen B. Dine, Esq. |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | E-mail:  jstang@pszjlaw.com |
| |          ischarf@pszjlaw.com |
| |          kdine@pszjlaw.com |
| | |
| | *Counsel to the Official Committee of* |
| | *Unsecured Creditors of The Roman Catholic* |
| | *Diocese of Ogdensburg, New York* |