8UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-60507 |
| The Roman Catholic Diocese of Ogdensburg, New York, Immaculate Heart Central Schools, Seton Academy in Plattsburg, St. Cecilia's Church of Adams, New York, St. Cyril Church of Alexandria Bay (The Catholic Community of Alexandria), Church of the Holy Angels of Altona, N.Y., Church of the Holy Name of Au Sable Forks (Catholic Community of Holy Name and St. Matthew's), St. Paul's Church of Black River, St. Mary's and St. Paul's Parish (Blue Mountain Lake and Indian Lake), St. Patrick's Church of Brasher Falls, Immaculate Conception Church of Brownville (The Roman Catholic Community of Brownville and Dexter), St. Mary's Church of Brushton, N.Y., St. James Church of Cadyville, N.Y., The Roman Catholic Church of St. Mary in Canton, New York, St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont), Society of St. James Minor Church of Carthage, Church of St. Mary of Champlain, St. Andre Bessette Roman Catholic Parish Malone, New York, St. Patrick's Church of Chateaugay (Catholic Community of Burke and Chateaugay), Sacred Heart Church of Chazy, N.Y., St. Mary's Church of Clayton, St. Patrick's Church of Colton, N.Y., St. Francis of Assisi Church of Constable (Catholic Community of Constable, Westville and Trout River), St. Mary's Church of Constableville, St. Mary's Church of Copenhagen, New York, St. Stephen's Church of Croghan, New York,Church of the Sacred Heart of Jesus of Crown Point, St. Joseph's Church of Dannemora, Sacred Heart Church of Edwards (n/k/a Saint James Church of Gouverneur), St. Elizabeth Roman | Adversary Proceeding No.: 23-80013-6-pgr |

Catholic Church of Elizabethtown, St. Bernard's and St. Edmund's Parish of Ellenburg, St. Joseph's Church of Essex (The Catholic Community of St. Philip of Jesus and St. Joseph), St. Mary's Roman Catholic Church of Evans Mills, N.Y., St. Mary's of the Fort Church of Fort Covington, N.Y., Church of the Assumption of Gabriels n/k/a St. Bernard's Church Saranac Lake), St. Mary's Church of Glenfield (Catholic Community of St. Peter and St. Mary and St. Hedwig),  St. James Church of Gouverneur, Our Lady of Grace of Hammond (n/k/a  Our Lady of Grace Parish), St. Francis Solanus Church of Harrisville, New York, Queen of Heaven Church Henderson, N.Y., St. Raphael's Church of Heuvelton, Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg, Church of the Holy Cross of Hopkinton, St. Mary's & St. Paul's Parish of Indian Lake, St. Anthony of Padua Parish of Inlet and Raquette Lake, St. Brendan's Roman Catholic Church of Keene, Church of the Immaculate Conception of Keeseville (The Roman Catholic Community of Keeseville), St. Agnes Church of Lake Placid, N.Y., Church of St. James Major of Lake Pleasant, Hamilton County, Ss. Philip & James Church of Lisbon Center, St. Henry's Church of Long Lake, St. Peter's Parish of Lowville (n/k/a Catholic Community of St. Peter and ST. Mary and ST. Hedwig), St. Bernard's and St. Edmund's Parish (Lyon Mountain and Ellenburg), St. John's Church of Lyons Falls, Church of St. John the Baptist Madrid, Church of All Saints of Mineville (Catholic Community of Moriah), St. Ann's Church of Mooers Forks, St. Alexander's Church of Morrisonville (The Roman Catholic Community of St. Alexander and St. Joseph), St. Therese Church of Newcomb, N.Y., Parish of the Visitation and St. Raymond (Norfolk and Raymondville), St. Augustine Church of North Bangor (The Catholic Community of St. Augustine in North Bangor, N.Y.), St. Andrew's Church Norwood, St. Mary's Church (now Cathedral of Ogdensburg,  St. Bartholomew's Church of Old Forge, St. Joseph's Church Minerva (Olmstedville), St. Augustine's Church of Peru, N.Y., Holy Cross Parish of Plattsburgh, St. Patrick's Church of Port Henry (The Catholic Community of Moriah), St. Martin's

2

Church Port Leyden, The Roman Catholic Church of St. Mary of Potsdam, New York, Church of the Assumption Redford, St. Patrick's Church Rouses Point, St. Andrew's Church, Sackets Harbor, St. Bernard's Church, Saranac Lake, Our Lady of Lourdes Church Schroon Lake, N.Y., St. Ann's Church, St. Regis Falls, Roman Catholic Church of St. Hubert in Star Lake, New York, St. Mary's Church Ticonderoga, N.Y., St. Alphonsus – Holy Name of Jesus Parish of Tupper Lake, St. Mary's Church Waddington, Church of the Holy Family of Watertown, Church of Our Lady of Sacred Heart of Watertown, St. Anthony's Church of Watertown, Society of St. Patrick's Church of Watertown, St. Ann's Church of Wells of Hamilton County, St. Joseph's Church West Chazy, N.Y., St. Mary's Nativity Church of West Leyden (Church of the Nativity B.M.V.),  St. Philip Neri Roman Catholic Church of Westport, N.Y., St. Margaret's Roman Catholic Church of Wilmington, Catholic Community of St. Philip of Jesus and St. Joseph of Willsboro, New York,

                            Plaintiffs,

v.

Certain Underwriters at Lloyd's, London, Certain London Market Companies, Employers Insurance Company of Wausau (f/k/a/ Employers Insurance of Wausau A Mutual Company f/k/a Employers Insurance of Wausau A Mutual Company of Wisconsin), Evanston Insurance Company as successor-in-interest to Associated International Insurance Company, Granite State Insurance Company, Insurance Company of North America, International Insurance Company, and Interstate Fire & Casualty Company,

                            Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>SERVICE OF ALL NOTICES AND DOCUMENTS</u>**

**PLEASE TAKE NOTICE** that Richard Galbo, of Goldberg Segalla LLP, hereby appears as counsel in the above-captioned adversary proceeding for Employers Insurance Company of Wausau (f/k/a/ Employers Insurance of Wausau A Mutual Company f/k/a Employers Insurance of Wausau A Mutual Company of Wisconsin) ("Wausau"), parties-in-interest of The Roman Catholic Diocese of Ogdensburg, NY. (the "Diocese" or the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 (the "Bankruptcy Rules"), it is hereby requested that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on the following:

**GOLDBERG SEGALLA LLP**
665 Main Street.
Buffalo, New York 14203
Phone: 716.710.5810
Richard Galbo, Esq.
rgalbo@goldbergsegalla.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier services, hand delivery, telephone, electronic mail, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any party in the adversary proceeding or creditor or party-in-interest in these cases case, including Wausau, with respect, but not limited, to (a) the Debtor, (b) property of the Debtor's estates, or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that any of the Debtor may

seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by any of the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that Wausau intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of Wausau to have final orders in non-core matters entered only after de novo review by the United States District Court for the Northern District of New York (the "District Court"); (2) the right of Wausau to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of Wausau to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Wausau is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, or recoupments Wausau hereby expressly reserves.

Dated: October 28, 2025
Buffalo, New York

**GOLDBERG SEGALLA LLP**

Counsel for *Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Insurance of Wausau A Mutual Company of Wisconsin)*

By:  */s/ Richard Galbo*
Richard Galbo, Esq.
Bar Roll: 706887
665 Main Street
Buffalo, New York 14203
Phone: 716.710.5810
rgalbo@goldbergsegalla.com